U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
8/19/2026 @ 9:00 AM
Hon. Mitchell L Herren, Presiding

EVIDENTIARY HEARING

---

Case Information:
25-10836 Brian Lee Hunt and Staci Allison Hunt Chapter: 7

Judge: MLH Filed: 08/08/2025 Discharged:

---

Appearances:
X Brian Lee Hunt (Debtor)
X Staci Allison Hunt (Joint Debtor)
Steven R Rebein (Trustee)
X Karl Swartz representing Equity Bank (Creditor)

---

Issues:
#1 [43] Motion for Contempt For Violation of Discharge Injunction Against Equity Bank and For Order Compelling Verified Accounting from Equity Bank Filed on behalf of Debtor Brian Lee Hunt, Joint Debtor Staci Allison Hunt. (Filed 5/22/26)
>> Exhibits A - N Filed by Debtor Brian Lee Hunt, Joint Debtor Staci Allison Hunt (#44, filed 5/22/2026)
** First Response Filed by Creditor Equity Bank (#55, filed 6/8/2026)
** Supplemental Response Filed by Creditor Equity Bank (#60, filed 6/16/2026)
>> Exhibit 1 Filed by Debtor Brian Lee Hunt, Joint Debtor Staci Allison Hunt (#61, filed 6/17/26).
** Movants' Supplemental Brief in Support of the Motion for Contempt against Equity Bank and Morris Laing filed by Debtor Brian Lee Hunt, Joint Debtor Staci Allison Hunt (#81, filed 7/27/26)
** Opposition Brief Filed by Creditor Equity Bank (#82, filed 8/10/26)

#2 [62] Movant's Notice of Conferral and Withdrawal of the Verified-Accounting Request and Request to set the Remaining Contempt and Damages Claims for Evidentiary Hearing Filed by Brian Lee Hunt, Staci Allison Hunt. (Filed 6/17/26)
>> Exhibit 1 Filed by Debtor Brian Lee Hunt, Joint Debtor Staci Allison Hunt (#61 filed 6/17/2026)
** Response Filed by Creditor Equity Bank (#63 filed 6/19/2026)
** Reply Filed by Debtor Brian Lee Hung, Joint Debtor Staci Allison Hunt (#66 filed 6/22/2026)
** Movants' Supplemental Brief in Support of the Motion for Contempt against Equity Bank and Morris Laing filed by Debtor Brian Lee Hunt, Joint Debtor Staci Allison Hunt (#81, filed 7/27/26).

**Continued to Page 2**

Courtroom Deputy: Misse Swiggart
ECRO: Deborah Davis

---

25-10836 Brian Lee Hunt and Staci Allison Hunt Chapter: 7
Page 2
Judge: MLH Filed: 08/08/2025 Discharged:

---

Notes/Decision:

Witness called and sworn: Brian Lee Hunt, Debtor

Exhibits Admitted: Debtors 1-14 and 16 (see attached list)

After hearing statements of counsel and pro se debtors and testimony of the witness, the Court takes the matters under advisement.

---

Courtroom Deputy: Misse Swiggart
ECRO: Deborah Davis

# EXHIBIT SHEET

DEBTOR(S): Brian Lee Hunt and Staci Allison Hunt

CASE NO: 25-10836-7

ADVERSARY CAPTION (if applicable): N/A

ADVERSARY CASE NO: N/A

TRIAL DATE: August 19, 2026

EXHIBIT(S) SUBMITTED BY:

Brian Lee Hunt and Staci Allison Hunt, Pro Se     Attorney for: Themselves - Movants/Debtors, pro se

**NOTE: Plaintiff(s) or Movant(s) shall mark Exhibits <u>numerically</u> and Defendant(s) shall mark Exhibits <u>alphabetically</u>.**

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| 1 | January 28, 2026 Morris Laing letter demanding $10,305.39 | X | X | X | By Stipulation |
| 2 | February 5, 2026 Morris Laing letter (letter only) | X | X | X | By Stipulation |
| 3 | February 19, 2026 Morris Laing letter (prior records were 'verification') | X | X | X | By Stipulation |
| 4 | February 24, 2026 Morris Laing letter admitting the $159.04 error | X | X | X | By Stipulation |
| 5 | May 19, 2026 Equity Bank Notice of Escrow Deficiency and Demand to Cure | X | X | X | By Stipulation |
| 6 | December 30, 2025 Order of Discharge | X | X | X | By Stipulation |
| 7 | Equity Bank Proof of Claim 1-1, with Note and Mortgage | X | X | X | By Stipulation |
| 8 | February 14, 2026 FDCPA dispute letter with signed return receipt | | | X | By Stipulation |
| 9 | Qualified Written Request mailed February 17, 2026, with mailing receipts | | | X | By Stipulation |
| 10 | February 19, 2026 detailed written dispute, with mailing receipts | | | X | By Stipulation |

| NO. | DESCRIPTION | ID | OFF | ADM | DISPOSITION |
|---|---|---|---|---|---|
| 11 | February 23, 2026 Notice of Error, with mailing receipt | | | X | By Stipulation |
| 12 | Equity Bank Loan History produced by counsel June 15, 2026 | | | X | By Stipulation |
| 13 | Equity Bank app record of the February 17, 2026 payments | X | X | X | |
| 14 | Vanguard/Ascensus hardship-distribution records, February 2026 | X | X | X | |
| 15 | $3,008.00 attorney-fee charge posted July 23, 2026 | | | | |
| 16 | Enclosures to the February 5, 2026 letter (account history, ledger, escrow stmt) | X | X | X | By Stipulation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |